United States District Court
Eastern District of Pennsylvania

BUTLER v. Djindjiev, et al     Case No. 19-CV-6131

RECEIVED JAN - 8 2020

To: Kate Barkman, Deputy Clerk of Courts;

Enclosed please find the following items to be filed in above said case

(1) Supplemental Brief
(3) Exhibits supporting brief

FILED JAN - 8 2020
KATE BARKMAN, Clerk
By_____ Dep. Clerk

I am unable to provide copies to Defendants at this time. Please send proper forms to forward copies as I am indigent.

I, Patrick Sean Butler, do certify that everything enclosed is true to the best of my knowledge.

January 3 2020
DATED

Patrick S. Butler
PATRICK S. BUTLER, Pro Se
38 N. 4th Street
Allentown PA 18102

BUTLER v. DJINDJIEV et al  :  Case No: 19-CV-6131
:
:
:
:
:

## Supplemental Brief / Pleading / Attached Exhibits in Support of Plaintiff Claims

The following exhibits support my claims as true and factual.

• Exhibit 1 is a letter from the Attorney General in Harrisburg I wrote Mr. Josh Shapiro after sending letters to the Lehigh County District Attorney, Pennsylvania State Police, Geico Insurance, and Allentown Car Mart without getting a response from any. I also had informed my case manager at the time, Josh Leadbetter, and two public defenders, one being Richard Webster, about the crimes and cover up. The reason I wrote the Attorney General is because no one took my claims seriously. I even wrote the Allentown Police Department as well and did not get a response from them either.

• Exhibit 2 is a request slip to the mail room of Lehigh County Jail. They claim they do not keep a log.

• Exhibit 3 is a motion to subpoena documents and witnesses. I hand delivered them at a Preliminary Hearing on December 12th, 2019, to the rotating Judge (I do not know his name) That Judge did grant the subpoenas, but not before my court appointed Public Defender attempted to block them (Richard Webster) even as I made it clear to the court that they are material to my defense. That was the same hearing Trooper Djindjiev failed to appear a month after being subpoenaed so I could cross-examine him. Four days after that hearing, I received this notice of dismissal of my motion from a Anna-Kristie Marks, a Judge who I never went in front of. Richard Webster is not turning over the transcripts to me even after numerous phone calls to his office. (I made the oral and written request for them properly)

(1)



COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

**JOSH SHAPIRO**
ATTORNEY GENERAL

CONSTITUENT SERVICES
16th Floor Strawberry Square
Harrisburg, PA. 17120
717-787-3391

December 23, 2019

Patrick S. Butler 171922
Lehigh County Jail
38 North 4th Street
Allentown, PA 18102-3489

Dear Mr. Butler,

    Thank you for contacting the Office of Attorney General Josh Shapiro. We received your letter regarding the crimes committed against you in October. We take all potential criminal matters very seriously. However, the Attorney General does not have the authority to investigate this case. For almost all criminal cases, your local district attorney's office has the power to investigate and prosecute. That district attorney would have to specifically request that the Attorney General become involved in a case; until that happens, our office has no authority in this matter. We would have forwarded your correspondence to the Lehigh County District Attorney James Martin's Office, but it appears you have already contacted that agency.

    You may also want to reach out to the Pennsylvania State Police, Bureau of Integrity and Professional Standards to report the trooper you believe is attempting to cover up evidence. If you wish to contact these agencies directly, you can do so using the following information:

| Lehigh County District Attorney | PSP Bureau of Integrity and Professional |
|---|---|
| Lehigh County Courthouse Room 307 | Standards, Internal Affairs Division |
| 455 W. Hamilton Street | 7820 Allentown Boulevard 2nd Floor |
| Allentown, PA 18101 | Harrisburg, Pennsylvania 17112 |
| 610-782-3100 | 717-783-5599 |

    You may want to consider consulting a lawyer about this issue. If you do not already have a lawyer, you can contact the Pennsylvania Bar Association's Lawyer Referral Service at 717-238-6807 or toll-free at 1-800-692-7375. For additional information, you can visit their website at http://www.pabar.org/site/Public/lrsblurb. If you need a lawyer but cannot afford to pay for one, you can visit https://palegalaid.net/find-legal-help or https://www.paprobono.net/program-directory/ .

Sincerely,

*Stephen St.Vincent* (signature)

Stephen St.Vincent
Director of Policy and Planning

cc Schnader Harrison Segal & Lewis

**DOC #4**
**INMATE'S REQUEST TO STAFF**
Pedida de encarcelado a empleado

**LEHIGH COUNTY DEPARTMENT OF CORRECTIONS**

TO (Name and Title of Officer) / PARA: Mailroom Clerk
DATE (FECHA): 11/14
BY: (Inmate Name and ID Number) / DE: BUTLER PATRICK 171922
QUARTERS ASSIGNMENT / LOCAL DENTRO DE LA CARCEL: 2D 46

**SUBJECT:**

I would respectfully request my outgoing & incoming mail log, legal included. The public defender's office is saying they never got my letter and I even put 2 extra stamps on it.

**DISPOSITION:**

Mr. Butler,

We do not keep a log of incoming or outgoing mail.

Thank you

STAFF MEMBER: CD
DATE FECHA: 11-18-19

## IN THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA

### CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA    :
                                :
            vs.                 :   Case No.   MD-2793/2019
                                :
PATRICK SEAN BUTLER,            :
            Defendant           :

### ORDER

NOW, this 16th day of December, 2019, upon consideration of Defendant's Petition for Subpoena Witnesses and Documents and Affidavit to Proceed *In Forma Pauperis*,

**IT IS HEREBY ORDERED** that Defendant is granted leave to proceed *In Forma Pauperis*.

**IT IS FURTHER ORDERED** that Defendant's petition is dismissed.[1]

BY THE COURT:

*Anna-Kristie M. Marks*
Anna-Kristie M. Marks, J.

FILED 2019 DEC 16 AM 1:53 CLERK OF COURTS LEHIGH COUNTY, PA

---

[1] Defendant is represented by counsel. Pro Se filings will be dismissed. A copy of the above-mentioned petition has been forwarded to Richard Webster, Esquire of the Public Defender's Office by the Clerk of Courts.

United States District Court
Eastern District of Pennsylvania

BUTLER v. DJINDJIEV et al          Case No: 19-CV-6131

## CASE LAW SUPPORTING PLAINTIFF'S CLAIMS

- Court may consider facts alleged in complaint as well as any document attached as exhibit to complaint or incorporated by reference pursuant to Fed R. Civil P. 10(c)
  — Coe v. Town of Blooming Grove 567 F Supp 2d 543 (S.D. N.Y. 2008) aff'd remanded 429 Fed Appx 55
- References in complaint to other documents incorporated identifying information contained in these documents is allowed under Rule 10(c)
  — Schwartz v. Celestial Seasonings 124 F 3d 1246, 38 Fed R. Serv. 3d (Callaghan) 802, Fed Sec L. Rep (CCH) P99 538 (10th Cir 1997)
- Under Fed R. Civil P. 10(c) exhibits attached to complaint are part of complaint for all purposes, therefore, it is not error to consider exhibits to be part of complaint for purposes of Fed R. Civil P. 12(b)(6)
  — United States ex rel. Riley v St. Lukes Episcopal Hosp 355 F 3d 370, 57 Fed R. Serv. 3d (Callaghan) 1289 (5th Cir 2004)
- Absolute immunity does not attach to investigatory actions of a prosecutor which are not related to initiating and conducting judicial proceedings
  — Odd v. Malone 538 F. 3d 202, 208 (3d Cir 2008)
- Ashcroft v. Iqbal. A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant(s) are liable for the misconduct alleged
  — Ashcroft v. Iqbal 556 U.S. 662 678 129 S Ct. 1937 173 L Ed 2d 868 (2009)
- Under Pennsylvania law, knowingly omitting material from information provided to a prosecuting officer may constitute instituting criminal proceedings which would form the basis of liability for malicious prosecution
  — Burgos v. Morgan Lewis, Bockius LLP, 160 A 3d 224, 2017 WL 57879, *8 (Pa. Super 2017)
- Retaliation claim under 1st Amendment (Free Speech Clause is applicable to the States under Due Process Clause of 14th Amendment)
  — Thomas v. Indep Twp. 463 F 3d 285 296 (3d Cir 2006), Packingham v. North Carolina 137 S Ct 1730 (2017)

NAME: Patrick Butler 171922
LEHIGH COUNTY JAIL
38 NORTH 4TH STREET
ALLENTOWN, PA 18102-3489

Kate Barkman
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia PA 19106-1797

U.S.M.S. X-RAY

LEGAL MAIL

FOREVER / USA